UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KATHY ARMSTRONG OWENS                                                                    PLAINTIFF

V.                                                                   CIVIL ACTION NO.1:09CV116-JAD

LEE COUNTY, MISSISSIPPI and
SHERIFF JIM H. JOHNSON                                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with a memorandum opinion of this date, the defendants' motion for summary judgment is granted. The plaintiff's complaint is dismissed with prejudice. Costs are taxed to the plaintiff. This case is closed.

SO ORDERED this the 13th day of July, 2010.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE